**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CAL WETZEL, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil No. 3:15-cv-01173-MEM |
| | : |
| ADT, LLC d/b/a ADT SECURITY SERVICES, | : |
| | : |
| Defendant. | : |

**STIPULATION TO DISMISS**

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ Brian P. Stahl* | */s/ Craig Thor Kimmel* |
| Brian P. Stahl, Esq. | Craig Thor Kimmel, Esq. |
| Hourigan, Kluger & Quinn, P.C. | Kimmel & Silverman, P.C. |
| 600 Third Avenue | 30 East Butler Pike |
| Kingston, PA 18704 | Ambler, PA 19002 |
| Phone: (570) 287-3000 | Phone: (215) 540-8888 |
| Email:bstahl@hkqlaw.com | Email: kimmel@creditlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |
| Date: March 22, 2016 | Date: March 22, 2016 |

BY THE COURT:

_____
                                                    J.

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 22nd day of March, 2016:

Brian P. Stahl, Esq.
Allan M. Kluger, Esq.
Jane T. Smedley, Esq.
Hourigan, Kluger & Quinn, P.C.
600 Third Avenue
Kingston, PA 18704
Phone:  (570) 287-3000

                                        */s/ Craig Thor Kimmel*
                                        Craig Thor Kimmel
                                        Kimmel & Silverman, P.C.
                                        30 East Butler Pike
                                        Ambler, PA 19002
                                        Phone: (215) 540-8888
                                        Email: kimmel@creditlaw.com
                                        Attorney for the Plaintiff