IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAL WETZEL, | : |
| Plaintiff, | : |
| v. | : Civil No. 3:15-cv-01173-MEM |
| ADT, LLC d/b/a ADT SECURITY SERVICES, | : |
| Defendant. | : |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

/s/ Brian P. Stahl
Brian P. Stahl, Esq.
Hourigan, Kluger & Quinn, P.C.
600 Third Avenue
Kingston, PA 18704
Phone: (570) 287-3000
Email: bstahl@hkqlaw.com
Attorney for the Defendant

Date: March 22, 2016

/s/ Craig Thor Kimmel
Craig Thor Kimmel, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Email: kimmel@creditlaw.com
Attorney for the Plaintiff

Date: March 22, 2016

BY THE COURT:

_____ J.